THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Rose Marie M. Testa, as Executrix of the
Estate of Mary DeMarco, deceased,

       Plaintiff,              CIVIL ACTION NO: 2:21-cv-05148-KSM

v.

Broomall Operating Company LP d/b/a Broomall Rehabilitation and Nursing Center; Broomall Operating GP LLC; SavaSeniorCare, LLC; Terpax, Inc; Vincent Rupert; Elizabeth Marasco-Kennedy; and Diane Host and/or the Director of Nursing during the events in question,

       Defendants.

## STIPULATION AND AGREED ORDER OF DISMISSAL

It is hereby stipulated and agreed by and among the undersigned counsel that Plaintiff's claims against Defendant Diane Host are withdrawn and Defendant Host is dismissed from the above-caption action, without prejudice.

Date:  January 20, 2022

/s/Robert F. Daley
ROBERT PEIRCE & ASSOCIATES, P.C.
707 Grant Street, Suite 125
Pittsburgh, PA 15219

*Counsel for Plaintiff*

/s/ Kristen Andrews Wilson
STEPTOE & JOHNSON PLLC
1233 Main St., Suite 3000
Wheeling, WV  26003

*Counsel for Defendants*

_____
The Honorable Karen S. Marston