IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROSE MARIE M. TESTA**,<br><br>Plaintiff,<br><br>*v.*<br><br>**BROOMALL OPERATING COMPANY, L.P.**, *et al.*<br><br>Defendants. | CIVIL ACTION<br><br>NO. 21-5148-KSM |

## ORDER

**AND NOW**, this 26th day of May, 2022, upon consideration of Defendant Broomall Operating Company, L.P.'s Motion to Strike Amended Complaint (Doc. No. 14), Plaintiff's Memorandum of Law in Opposition of Defendants' Motion to Strike Plaintiff's Amended Complaint (Doc. No. 22), Plaintiff's Motion to Remand (Doc. No. 23), Defendants' Response to Plaintiff's Motion to Remand (Doc. No. 29), and Plaintiff's Reply to Defendants' Response to Plaintiff's Motion to Remand (Doc. No. 30), it is **ORDERED** as follows:

1. Defendant Broomall Operating Company, L.P.'s Motion to Strike Amended Complaint (Doc. No. 14) is **GRANTED IN PART**. The claims against Vincent Rupert and Elizabeth Marasco-Kennedy are **STRICKEN**.

2. The Clerk of Court is **DIRECTED** to **TERMINATE** Vincent Rupert and Elizabeth Marasco-Kennedy as parties to this action.

3. Plaintiff's Motion to Remand (Doc. No. 23) is **DENIED**.

    4.       Defendants **SHALL** file responsive pleadings by **June 9, 2022**.

**IT IS SO ORDERED.**

                                            */s/ Karen Spencer Marston*

                                            _____
                                            **KAREN SPENCER MARSTON, J.**