IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROSE MARIE M. TESTA**, <br><br> Plaintiff, <br><br> *v.* <br><br> **BROOMALL OPERATING COMPANY, L.P.**, *et al.* <br><br> Defendants. | CIVIL ACTION <br><br> NO. 21-5148-KSM |

**ORDER**

**AND NOW**, this 18th day of August, 2022, upon review of Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 36), Plaintiff's Response to Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 38), and Defendants' Reply to Plaintiff's Response to Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 39), it is **ORDERED** as follows:

1. Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 36) is **DENIED**.

2. The **STAY** previously entered in this case (Doc. No. 28) is **LIFTED**.

3. The parties **SHALL** provide the Court with joint proposed deadlines for discovery and dispositive motions no later than **August 24, 2022**.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.